

Hogan Lovells US LLP
9100 Shelbyville Road
Louisville, KY 40222
T +1 502 915 0300
F +1 202 637 5910
www.hoganlovells.com

January 10, 2022

**By Federal Express**

United States District Court
District of Columbia
Clerk of the Court
333 Constitution Avenue N.W.
Room 1225
Washington D.C. 20001

United States District Court
District of Massachusetts, Boston Division
Clerk of the Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

United States District Court
District of New Mexico
Pete V. Domenici U.S. Courthouse
Clerk of the Court
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102

United States District Court
Middle District of Tennessee, Nashville Division
Clerk of the Court
719 Church Street, Suite 1300
Nashville, TN 37203

United States District Court
Western District of Texas, Austin Division
Clerk of the Court
501 West Fifth Street, Suite 1100
Austin, Texas 78701

United States District Court
Northern District of Texas
Clerk of the Court
United States District Court
1100 Commerce Street, Room 1452
Dallas, TX 75242

Judicial Panel on Multidistrict Litigation
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building,
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544

**Re: Pending 1407 Motion to Transfer: In re Apartment Rental Software Antitrust Litigation**

Dear Clerks of the Court and Clerk of the Panel:

Pursuant to the JPML Clerk's request, enclosed please find defendants' corrected proof of service for the renewed motion for transfer which was filed with the JPML on January 4, 2023.

Regards,

Maxwell Hamilton
Senior Paralegal
maxwell.hamilton@hoganlovells.com

Enclosures



Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Perth Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar. Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com