UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KATE KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC.; ALLIED ORION GROUP, LLC; AVALONBAY COMMUNITIES, INC.; AVENUE5 RESIDENTIAL, LLC; BELL PARTNERS, INC.; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; GREYSTAR REAL ESTATE PARTNERS, LLC; HIGHMARK RESIDENTIAL, LLC; and UDR, INC.<br><br>Defendants. | No. 1:22-cv-03835<br><br>DEFENDANTS' NOTICE OF MDL NO. 3071 IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 4, 2023, Defendants RealPage, Inc., Allied Orion Group, LLC, AvalonBay Communities, Inc., Avenue5 Residential, LLC, Bozzuto Management Company, Camden Property Trust, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, Highmark Residential, LLC, and UDR, Inc.,[1] and defendants named in related actions filed with the Judicial Panel on Multidistrict Litigation a motion for transfer and consolidation under 28 U.S.C. § 1407. *See In re: RealPage, Inc., Rental*

---

[1] Defendant Bell Partners, LLC joined Defendants' Reply in Support of the Section 1407 Motion. *See* MDL 3071, ECF No. 162.

1

*Software Antitrust Litigation (No. II)*, MDL No. 3071, ECF No. 1.  A copy of the motion and its supporting documents is attached hereto as **Exhibit A**.

Dated: February 17, 2023                    Respectfully submitted,

/s/ *William L. Monts, III*
William L. Monts, III (DC Bar No. 428856)
Benjamin F. Holt (DC Bar No. 483122)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440
william.monts@hoganlovells.com
benjamin.holt@hoganlovells.com

*/s/ Michael M. Maddigan*
Michael M. Maddigan (*pro hac vice* forthcoming)
Vassi Iliadis (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727
michael.maddigan@hoganlovells.com
vassi.iliadis@hoganlovells.com

*Counsel for Defendant Greystar Real Estate Partners, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of the filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure. All other parties shall be served in accordance with the Federal Rules of Civil Procedure in the manner listed below:

| Via Electronic Mail | Counsel Name | Counsel Email Address | Counsel Office, Address & Phone |
|---|---|---|---|
| Counsel for Plaintiff Kate Kramer | Christian P. Levis | clevis@lowey.com | LOWEY DANNENBERG, PC<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel.: (914) 997-0500<br>Fax: (914) 997-0035 |
| | Peter Demato | pdemato@lowey.com | |
| | Radhika Gupta | rgupta@lowey.com | |
| | Vincent Briganti | vbriganti@lowey.com | |
| | Stacey P. Slaughter | sslaughter@robinskaplan.com | ROBINS KAPLAN LLP<br>800 Lasalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402<br>Tel.: (612) 349-8500<br>Fax: (612) 339-4181 |
| | Thomas J. Undlin | tundlin@robinskaplan.com | |
| | Geoffrey H. Kozen | gkozen@robinskaplan.com | |
| | J. Austin Hurt | ahurt@robinskaplan.com | |
| | David R. Scott | david.scott@scott-scott.com | SCOTT + SCOTT, LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel.: (860) 537-5537<br>Fax: (860) 537-4432 |
| | G. Dustin Foster | gfoster@scott-scott.com | |
| | Michael Srodoski | msrodoski@scott-scott.com | |
| | Patrick McGahan | pmcgahan@scott-scott.com | |
| Counsel for Defendant RealPage Inc | Jay Srinivasan | jsrinivasan@gibsondunn.com | GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel.: (213) 229-7430<br>Fax: (213) 229-6296 |
| Counsel for Defendant Allied Orion Group LLC | Edwin McAllister Buffmire | ebuffmire@jw.com | JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>Tel.: (214) 953-5939<br>Fax: (214) 953-5822 |
| Counsel for Defendant AvalonBay Communities Inc | Belinda S. Lee | belinda.lee@lw.com | LATHAM & WATKINS LLP<br>505 Montgomery St., Suite 2000<br>San Francisco, CA 94111<br>Tel.: (415) 391-0600<br>Fax: (415) 395-8095 |
| Counsel for Defendant Avenue5 Residential LLC | Daniel David | danny.david@bakerbotts.com | BAKER BOTTS L.L.P.<br>One Shell Plaza<br>910 Louisianna Street, Suite 3609<br>Houston, TX 77002<br>Tel.: (713) 229-4055<br>Fax: (713) 229-2855 |
| Counsel for Defendant Bell Partners Inc | Michael Antonio Parente | mparente@nexsenpruet.com | NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700<br>Columbia, SC 29201<br>Tel.: (803) 253-8247<br>Fax: (803) 727-1482 |
| Counsel for Defendant Bozzuto Management Company | James D. Bragdon | jbragdon@gejlaw.com | GALLAGHER EVELIUS & JONES LLP<br>218 North Charles St., Suite 400<br>Baltimore, MD 21201<br>Tel.: (410) 727-7702<br>Fax: (410) 468-2786 |

| Via Electronic Mail | Counsel Name | Counsel Email Address | Counsel Office, Address & Phone |
|---|---|---|---|
| Counsel for Defendant Camden Property Trust | Ryan M. Sandrock | rsandrock@shb.com | SHOOK, HARDY & BACON L.L.P.<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel.: (415) 544-1944<br>Fax: (415) 391-0281 |
| Counsel for Defendant Cushman & Wakefield Inc | Kenneth Reinker | kreinker@cgsh.com | CLEARY GOTTLIEB STEEN & HAMILTON<br>2112 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Tel.: (202) 974-1500<br>Fax: (202) 974-1999 |
| Counsel for Defendant Equity Residential | Carl W. Hittinger | chittinger@bakerlaw.com | BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Tel.: (215) 568-3100<br>Fax: (215) 568-3439 |
| Counsel for Defendant Highmark Residential LLC | Michael Domenic Bonanno | mikebonanno@quinnemanuel.com | QUINN EMMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>Tel.: (202) 538-8225<br>Fax: (202) 538-8100 |
| Counsel for Defendant UDR Inc | David D. Cross | dcross@mofo.com | MORRISON & FOERSTER LLP<br>2100 L Street NW<br>Washington, DC 20037<br>Tel.: (202) 887-8795<br>Fax: (202) 887-0763 |

Dated: February 17, 2023

/s/ *William L. Monts, III*
William L. Monts, III