# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| KATE KRAMER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REALPAGE, INC.; ALLIED ORION GROUP, LLC; AVALONBAY COMMUNITIES INC.; AVENUE5 RESIDENTIAL, LLC; BELL PARTNERS, INC.; BOZZUTO MANAGEMENT COMPANY; CAMDEN PROPERTY TRUST; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; GREYSTAR REAL ESTATE PARTNERS, LLC; HIGHMARK RESIDENTIAL, LLC; and UDR, INC.,<br><br>　　　　　　　　Defendants. | No. 1:22-cv-03835-TSC<br><br>JOINT STATUS REPORT |

Pursuant to the Court's Order (ECF No. 24), the parties jointly submit this status report to advise the Court of the status of this case and the status of the motion to transfer this case and related cases currently pending before the Judicial Panel on Multidistrict Litigation ("the Panel" or "JPML").

In making this joint status report, Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration.  Defendants

expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

## Status of *Kramer*

On February 13th, the Court suspended the deadlines for Defendants to answer or otherwise respond to the operative Complaint pending the resolution of the motion before the JPML. ECF No. 24. The Court similarly suspended the deadline for Plaintiff to move for class certification. *Id.* As the motion is still pending before the JPML, the case remains stayed.

## Status of *In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II)*, MDL 3071

Defendants provided notice of the motion to this Court on February 17th. ECF No. 25. Briefing on the motion was closed by the JPML, and the Panel set a hearing on the motion for March 30. *In re: RealPage, Inc.*, ECF Nos. 163 and 164.

Dated this 15th day of March 2023.

Respectfully submitted,

*/s/ Christian P. Levis*
Christian P. Levis (Bar ID: NY 0416)
Vincent Briganti
Peter Demato
Radhika Gupta
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
vbriganti@lowey.com
pdemato@lowey.com
rgupta@lowey.com

David R. Scott
Amanda Lawrence
Patrick McGahan
Michael Srodoski
G. Dustin Foster
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Thomas J. Undlin
Stacey Slaughter
Geoffrey H. Kozen
J. Austin Hurt
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com

/s/ *Stephen Weissman*
Stephen Weissman (Bar ID: 451063)
sweissman@gibsondunn.com
Michael J. Perry (Bar ID: 1047965)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson (*pro hac vice* forthcoming)
dswanson@gibsondunn.com
Jay Srinivasan (*pro hac vice* forthcoming)
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen C. Whittaker (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671
cwhittaker@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

*/s/ James Kress*
James Kress (Bar ID: 435141)
James.kress@bakerbotts.com
Paul Cuomo (Bar ID: 281681)
Paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7700

Danny David (*pro hac vice* forthcoming)
Danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002

ahurt@robinskaplan.com

*Counsel for Plaintiff Kramer*

/s/ *William L. Monts, III*
William L. Monts, III (Bar ID: 200398)
william.monts@hoganlovells.com
Benjamin F. Holt (Bar ID: 263156)
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

*Counsel for Defendant Greystar Real Estate Partners, LLC*

/s/ *Carl W. Hittinger*
Carl W. Hittinger (Bar ID: 418376)
chittinger@bakerlaw.com
Alyse Stach (*pro hac vice* forthcoming)
astach@bakerlaw.com
Tyson Herrold (*pro hac vice* forthcoming)
therrold@bakerlaw.com
Curt Roy Hineline (*pro hac vice* forthcoming)
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market St., Suite 3300
Philadelphia, PA 19103
Telephone: (215) 568-2898

*Counsel for Defendant Equity Residential*

/s/ *Belinda S. Lee*
Belinda S Lee (*pro hac vice* forthcoming)
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Telephone: (713) 229-1234

*Counsel for Defendant Avenue5 Residential, LLC.*

/s/ *Lynn H. Murray*
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
Maveric Ray Searle (*pro hac vice* forthcoming)
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

Hunter Ahern (*pro hac vice* forthcoming)
hahern@shb.com
SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600

*Counsel for Defendant Camden Property Trust*

/s/ *David D. Cross*
David D. Cross (Bar ID: 490187)
dcross@mofo.com
Jeffrey A. Jaeckel (Bar ID: 463412)

Telephone: (415) 391-0600

E. Marcellus Williamson
(Bar ID: 465919)
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC, 20004
Telephone: (202) 637-2200

*Counsel for Defendant AvalonBay Communities, Inc.*

/s/ *Jeremy J. Calyn*
Jeremy J. Calsyn (Bar ID: 467737)
jcalsyn@cgsh.com
Leah Brannon (Bar ID: 467359)
lbrannon@cgsh.com
Kenneth Reinker (Bar ID: 999958)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendants Cushman & Wakefield, Inc.*

/s/ *Michael D. Bonanno*
Michael D. Bonanno (DDC 998208)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (*pro hac vice* forthcoming)

jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sonja Swanbeck (*pro hac vice* forthcoming)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

/s/ *Marguerite Willis*
Marguerite Willis (*pro hac vice* forthcoming)
mwillis@nexsenpruet.com
NEXSEN PRUET, LLC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Travis C. Wheeler (*pro hac vice* forthcoming)
twheeler@nexsenpruet.com
Mark C. Moore (*pro hac vice* forthcoming)
mmoore@nexsenpruet.com
Michael A. Parente (*pro hac vice* forthcoming)
mparente@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Michael Oritz (*pro hac vice* forthcoming)
moritz@oritzdoyle.com
ORITZ & DOYLE PLLC
2840 Plaza Place, Suite 300
Raleigh, NC 27612
Telephone: (919) 781-7400

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*
Edwin Buffmire (*pro hac vice* forthcoming)
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600

christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Defendant Highmark Residential, LLC*

Dallas, TX 75201
Telephone: (214) 953-5939

*Counsel for Defendant Allied Orion Group, LLC*

*/s/ James D. Bragdon*
James D. Bragdon (Bar ID: 1017743)
jbragdon@gejlaw.com
Sam Cowin (Bar ID: 1027662)
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

*Counsel for Defendant Bozzuto Management Company*

**SERVICE LIST FOR PROPOSED ORDER**

Christian P. Levis (Bar ID: NY 0416)
Vincent Briganti
Peter Demato
Radhika Gupta
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
vbriganti@lowey.com
pdemato@lowey.com
rgupta@lowey.com

David R. Scott
Amanda Lawrence
Patrick McGahan
Michael Srodoski
G. Dustin Foster
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Thomas J. Undlin
Stacey Slaughter
Geoffrey H. Kozen
J. Austin Hurt
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

*Counsel for Plaintiff Kramer*

Stephen Weissman
sweissman@gibsondunn.com
Michael J. Perry
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson
dswanson@gibsondunn.com
Jay Srinivasan
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen C. Whittaker
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671
cwhittaker@gibsondunn.com

*Counsel for Defendant RealPage, Inc.*

James Kress
James.kress@bakerbotts.com
Paul Cuomo
Paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7700

Danny David
Danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone:  (713) 229-1234

*Counsel for Defendant Avenue5 Residential, LLC.*

1

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

*Counsel for Defendant Greystar Real Estate Partners, LLC*

Carl W. Hittinger
chittinger@bakerlaw.com
Alyse Stach
astach@bakerlaw.com
Tyson Herrold
therrold@bakerlaw.com
Curt Roy Hineline
chineline@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market St., Suite 3300
Philadelphia, PA 19103
Telephone: (215) 568-2898

*Counsel for Defendant Equity Residential*

Belinda S Lee
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

E. Marcellus Williamson
marc.williamson@lw.com
LATHAM & WATKINS LLP

Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700

Ryan Sandrock
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550

Hunter Ahern
hahern@shb.com
SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104
Telephone: (206) 344-7600

*Counsel for Defendant Camden Property Trust*

David D. Cross
dcross@mofo.com
Jeffrey A. Jaeckel
jjaeckel@mofo.com
Robert W. Manoso
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

2

555 Eleventh Street, NW, Suite 1000
Washington DC, 20004
Telephone: (202) 637-2200

*Counsel for Defendant AvalonBay Communities, Inc.*

Jeremy J. Calsyn
jcalsyn@cgsh.com
Leah Brannon
lbrannon@cgsh.com
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendants Cushman & Wakefield, Inc.*

Michael D. Bonanno
mikebonanno@quinnemanuel.com
Christopher Daniel Kercher
christopherkercher@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

*Counsel for Defendant Highmark Residential, LLC*

*Counsel for Defendant UDR, Inc.*

Marguerite Willis
mwillis@nexsenpruet.com
NEXSEN PRUET, LLC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Travis C. Wheeler
twheeler@nexsenpruet.com
Mark C. Moore
mmoore@nexsenpruet.com
Michael A. Parente
mparente@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Michael Oritz
moritz@oritzdoyle.com
ORITZ & DOYLE PLLC
2840 Plaza Place, Suite 300
Raleigh, NC 27612
Telephone: (919) 781-7400

*Counsel for Defendant Bell Partners, Inc.*

Edwin Buffmire
ebuffmire@jw.com
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5939

*Counsel for Defendant Allied Orion Group, LLC*

James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400

3

        Baltimore, MD 21201
        Telephone: (410) 727-7702

        *Counsel for Defendant Bozzuto Management Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15th day of March, 2023.

*/s/ Christian P. Levis*
Christian P. Levis